FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP - 7 2016

JAMES W. McCORMACK, CLERK
By:_____
                          DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 4:16CR 00207 DPM |
| v. ) | |
| ) | 21 U.S.C. § 846 |
| MAURICIO HERNANDEZ ) | 21 U.S.C. § 841(a)(1) and (b)(1)(A) |
| ) | 21 U.S.C. § 841(a)(1) and (b)(1)(B) |
| ) | 21 U.S.C. § 841(a)(1) and (b)(1)(C) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

From in or about April 2015 and continuing through in or about August 2015, in the Eastern District of Arkansas, the defendant, MAURICIO HERNANDEZ, conspired with others who are both known and unknown to the Grand Jury to knowingly and intentionally possess with intent to distribute and to distribute methamphetamine, a Schedule II controlled substance, and marijuana, a schedule I controlled substance, which is a violation of Title 21, United States Code, Section 841(a)(1).

The offense involved more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine, which is a violation of Title 21, United States Code, Section 841(b)(1)(A).

The offense involved less than 100 kilograms of a mixture or substance containing a detectable amount of marijuana, which is a violation of Title 21, United States Code, Section 841(b)(1)(C).

These acts are all in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about May 29, 2015, in the Eastern District of Arkansas, the defendant, MAURICIO HERNANDEZ, knowingly and intentionally possessed with intent to distribute more than 50 grams but less than 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

These acts are all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

## COUNT 3

On or about August 6, 2015, in the Eastern District of Arkansas, the defendant, MAURICIO HERNANDEZ, knowingly and intentionally possessed with intent to distribute more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

These acts are all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

## COUNT 4

On or about August 20, 2015, in the Eastern District of Arkansas, the defendant, MAURICIO HERNANDEZ, knowingly and intentionally possessed with intent to distribute more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

These acts are all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

## FORFEITURE ALLEGATION

Upon conviction of any count of this indictment, the defendants, MAURICIO HERNANDEZ, shall forfeit the United States, under 21 U.S.C. § 853, all property constituting, or derived from, any proceeds the defendants obtained, directly, or indirectly, as a result of the offense.

[End of Text. Signature Page Attached.]